**Ronald L. WAUGAMAN and Dianne A. Waugaman, Respondents,**

v.

**Amy L. ULERY and Lee Ulery, Petitioners.**

Supreme Court of Pennsylvania.

April 25, 2006.

***ORDER***

PER CURIAM.

**AND NOW,** this 25th day of April, 2006, the Application for Relief is denied.

Justice BALDWIN did not participate in the consideration or decision of this matter.

■

**In re Nominating Petition of Angel CRUZ as Democratic Candidate for Office of Representative in the General Assembly of District Number 180.**

**Appeal of William Cartagena.**

Supreme Court of Pennsylvania.

April 26, 2006.

***ORDER***

PER CURIAM.

**AND NOW,** this 26th day of April, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.** The Request for Oral Argument is **DENIED.**